UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

305 EAST 61st STREET GROUP LLC,

23-CV-0080 (RA)

22-CV-9783 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Oral argument in these related bankruptcy appeals is hereby scheduled for Wednesday, July 26, 2023, at 11:00 a.m., and will be held in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse at 40 Foley Square.

SO ORDERED.

Dated:   July 5, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge