

Anthony C. Acampora
516.479.6330
AAcampora@SilvermanAcampora.com

100 Jericho Quadrangle
Suite 300
Jericho, New York 11753

July 19, 2023

**VIA ECF**

Hon. Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 1506
New York, NY 10007

      Re:    *In re 305 East 61st Street Group LLC*, Case No. 23-cv-00080

Dear Judge Abrams:

This firm is counsel to Kenneth P. Silverman, Esq., the creditor trustee (the "Creditor Trustee") formed in the bankruptcy case of 305 East 61st Street Group LLC (the "Debtor") and appellee in Case No. 23-00080-RA, which was consolidated by stipulation and order dated February 9, 2023 (ECF Doc. No. 10) with Case No. 22-09783-RA.

Due to a scheduling conflict with the Trustee's counsel, the Trustee respectfully requests that oral arguments in each appeal be adjourned from July 26, 2023 at 11:00 a.m. to August 1, 2023 at 11:00 a.m. All parties have consented to this adjournment.

If Your Honor has any questions regarding the foregoing, please have a member of your staff contact me.

Very truly yours,

*s/ Anthony C. Acampora*

Anthony C. Acampora

Application granted.  Oral argument is hereby adjourned to August 1, 2023, at 11:00 a.m., and will be held in Courtroom 1506 of the Thurgood Marshall U.S. Courthouse at 40 Foley Square.

SO ORDERED.

Hon. Ronnie Abrams
United States District Judge
07/20/2023

2868970v1 / 068156.1 / CROMAN